# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1474

_____

James A. Washington,      *
     *
        Appellee,      *
     *   Appeal from the United States
     v.      *   District Court for the
     *   District of Nebraska.
First Data Resources, Inc.,      *
     *   [UNPUBLISHED]
        Appellant,      *
     *
Timothy Rosenthal; Theodore      *
Henkenius; Ronald Doty; Pamela      *
S. Wallman; Dianne M. Blum,      *
     *
        Defendants.      *

_____

Submitted: June 29, 2001
Filed: July 9, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.


James A. Washington sued his former employer, First Data Resources, Inc. (First Data), asserting, inter alia, claims under the Family Medical Leave Act, 29 U.S.C.

§§ 2601-2654. The district court[1] granted summary judgment to First Data, and Washington appealed. In this related appeal, First Data challenges the district court's denial of its motion to correct the judgment to include an amount for sanctions against Washington. We find no abuse of discretion, as First Data can move the district court for the proposed correction following our disposition of Washington's summary judgment appeal. See Panama Processes, S.A. v. Cities Serv. Co., 789 F.2d 991, 993-94 (2d Cir. 1986). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.